**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 14, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00865-CV

---

## GREEN VALLEY PLACE COMMUNITY IMPROVEMENT ASSOCIATION D/B/A GREEN VALLEY ESTATES, CIA; JACQUELINE JOHNSON; REGINALD JOHNSON; LINDA WILLIAMS; JESSE PATRICK; KAREN ROBINSON; AND DERRICK REED, Appellants

### V.

## DEBRA DESHAZOR AND JOHNNY DESHAZOR, Appellees

---

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCV-243730A**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 16, 2019. On December 11, 2020, appellants filed an agreed motion to dismiss the appeal. *See* Tex. R. App.

P. 42.1. The motion states the parties have reached a resolution, appellants appellant no longer wish to appeal, and appellees agree with the motion. Further, appellants request we tax costs against the party incurring same. stating:

> This motion does not comply with Rule 42.1(a)(2) as a motion by agreement. Tex. R. App. P. 42.1(a)(2). Because the motion expressly states appellants do not want to prosecute this appeal, it is properly construed as a voluntary dismissal on motion of appellant. Tex. R. App. P. 42.1(a)(1).

When dismissing an appeal under Rule 42.1, we are instructed to tax costs against the appellant absent agreement of the parties. *See* Tex. R. App. P. 42.1(d). Appellants' motion states that appellees agree with the motion to dismiss and the certificate of conference states that appellees agree with the requested relief.

Accordingly, we grant the motion, dismiss the appeal and order the parties to bear their own costs. *See* Tex. R. App. 42.1(a)(1), (d).

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.